**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GEORGE BUSH, JR. (01),**

**Defendant.**

**Case No. 18-20025-01-DDC**

## MEMORANDUM AND ORDER

Defendant George Bush, Jr., proceeding pro se, seeks to appeal the court's ruling denying his 28 U.S.C. § 2255 motion. Doc. 443. Defendant moves for leave to appeal in forma pauperis. Doc. 454. The court may authorize the commencement of any action or appeal "without prepayment of fees" if the party submits an affidavit showing he is unable to pay such fees. 28 U.S.C. § 1915(a)(1). Whether to authorize a party to proceed in forma pauperis is committed to the court's discretion. *Cabrera v. Horgas*, 173 F.3d 863, 1999 WL 241783, at *1 (10th Cir. Apr. 23, 1999).

Defendant has submitted an affidavit and addendum in support of his motion. *See* Doc. 454-1. The addendum reflects that defendant's financial account in prison has had an average monthly balance of $68.85 in the preceding six months before his motion was filed. *Id.* at 11. Defendant has spent several years in prison and doesn't have any earnings or assets; defendant asserts that any money he receives comes from family. *Id.* at 3–9. The court finds that defendant is indeed unable to pay the $605 filing fee for his appeal. Defendant's motion for leave to appeal in forma pauperis is granted.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant George Bush, Jr.'s Motion for Leave to Appeal In Forma Pauperis (Doc. 454) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2026, at Kansas City, Kansas.

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**